UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) <br> ) <br> Plaintiff,   ) <br> ) <br> v.   ) <br> ) <br> RAMIRO PEREZ,   ) <br> ) <br> Defendant.   ) <br> _____) | Case No. 07mj2752 <br><br> CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

>United States Attorney's Office
>880 Front Street
>San Diego, CA  92101

Dated:  December 3, 2007         /s/  Erick  L.  Guzman
                                 ERICK L. GUZMAN
                                 Federal Defenders
                                 225 Broadway, Suite 900
                                 San Diego, CA 92101-5030
                                 (619) 234-8467  (tel)
                                 (619) 687-2666  (fax)
                                 E-mail: erick_guzman@fd.org