## MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.  PEREZ  [1]  07CR3456-WQH

The Honorable: ANTHONY J. BATTAGLIA

Atty  ERICK GUZMAN, FD  for  [1]  -
Atty  ___  for  [ ]  -
Atty  ___  for  [ ]  -

AJB08-1: 1346-1349

AUSA: George Manahan

Governments Oral Motion to Dismiss Information - Granted.
Abstract Order issued to U.S. Marshal in court for dfts release as to this case only.

Date: 01/10/08

END OF FORM

by YMM