UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER 07CR3456-WQH
) 
vs ) ABSTRACT OF ORDER
)
*Ramiro Perez* ) Booking No. #06626298
)
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 1/10/08
the Court entered the following order:

✓ Defendant be released from custody. *as to this case only.*

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____ Defendant released on $_____ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:
____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

✓ Case Dismissed. *(oral mot of Gov't)*

____ Defendant to be released to Pretrial Services for electronic monitoring.

✓ Other. *Dft to remain in custody, pending in criminal case #08CR0082-WQH.*

ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

OR
Received _____ W. SAMUEL HAMRICK, JR.  Clerk
DUSM               by
                   _____ Deputy Clerk

Crim-9  (Rev 6-95)                                ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY